**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) ) ) | Civil No. 1:17-cv-00388-RDB |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | |
|     ALL ACTIONS. | ) ) ) | |
| KIRTAN PATEL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil No. 1:19-cv-03209-RDB |
|                Plaintiff, | ) ) ) ) | <u>CLASS ACTION</u> |
|     v. | ) ) | |
| UNDER ARMOUR, INC., et al., | ) ) ) | |
|                Defendants. | ) ) ) | |

[Caption continued on following page.]

[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

4846-6765-8672.v1

| | |
|---|---|
| PHILLIP KRAFT, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>UNDER ARMOUR, INC., et al.,<br><br>      Defendants. | Civil No. 1:19-cv-03502-RDB<br><br><u>CLASS ACTION</u> |
| JEFFREY WARONKER, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>UNDER ARMOUR, INC., et al.,<br><br>      Defendants. | Civil No. 1:19-cv-03581-RDB<br><br><u>CLASS ACTION</u> |

4846-6765-8672.v1

The Court, having considered Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund's ("Aberdeen") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor, ORDERS as follows:

1.     The Motion is GRANTED.

2.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *In re Under Armour Sec. Litig.*, No. 1:17-cv-00388-RDB (D. Md.), *Patel v. Under Armour, Inc.*, No. 1:19-cv-03209-RDB (D. Md.), *Kraft v. Under Armour, Inc.*, No. 1:19-cv-03502-RDB (D. Md.) and *Waronker v. Under Armour, Inc.*, No. 1:19-cv-03581-RDB (D. Md.) are consolidated as *In re Under Armour Sec. Litig.*, No. 1:17-cv-00388-RDB (D. Md.).

3.     The file in Case No. 17-cv-00388 shall constitute the master file for every action in the consolidated action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

4.     All securities class actions on behalf of purchasers of Under Armour, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel.

5.     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

- 1 -

6.　　The Court, having considered the provisions of §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby appoints Aberdeen as Lead Plaintiff.

7.　　Lead Plaintiff's selection of Lead Counsel is approved.  Pursuant to §21D(a)(3)(B)(v), 15 U.S.C. §78u-4(a)(3)(B)(v), the law firm of Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel for the class.

IT IS SO ORDERED.

Dated:

THE HONORABLE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

- 2 -

4846-6765-8672.v1